Daniel J. Lickel (SBN 224510)
1102 Cesar E. Chavez Pkwy
San Diego, CA 92113
(858) 952-1033 Telephone
(619) 546-0792  Facsimile

Attorneys for Plaintiff,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GAONA, an individual, | ) |
| Plaintiff, | ) 13-cv-02997-H-BLM ) |
| vs. | ) |
| RCS RECOVERY SERVICES, LLC, | ) **NOTICE OF DISMISSAL WITH** |
| a Florida limited liability partnership; | ) **PREJUDICE PURSUANT TO FRCP** |
| JEFFERY A. CLARK & | ) **41(a)(1)(A)(i)** |
| ASSOCIATES, P.C., a California | ) |
| Professional Corporation doing | ) |
| business as CLARK & ASSOCIATES, | ) |
| P.C.; | ) |
| Defendants. | ) |

1  NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

    PLEASE TAKE NOTICE that Plaintiff JORGE GAONA, an Individual ("Plaintiff"), through her counsel of record, Daniel J. Lickel, hereby gives notice that this case is dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1)(A)(i) and the terms of a confidential settlement agreement.

DATED: April 3, 2014                    Law Office of Daniel Lickel

                                        By:  /s/Daniel J. Lickel
                                                 Daniel J. Lickel
                                                 Attorney for Plaintiff